UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,**<br><br>Plaintiff<br><br>v.<br><br>**AMERICAN AUTOMOBILE ASSOCIATION INC ET AL**<br><br>Defendant | **Case No. 3:23-cv-02866-K**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE AS LOCAL COUNSEL

Pursuant to Local Civil Rule 83.10, please take notice that M. Scott Fuller hereby enters his appearance as local counsel for Plaintiff Symbology Innovations LLC in the captioned matter.

Mr. Fuller is admitted to the bar of the U.S. District Court for the Northern District of Texas and is in good standing; and his personal residence in Plano is located within 50 miles of the courthouse in this district.  As such, and pursuant to Local Civil Rule 83.10, Mr. Fuller qualifies to serve as local counsel in this matter.

Dated:  January 2, 2024                                          Respectfully Submitted

*/s/ M. Scott Fuller*
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record.

*/s/ M. Scott Fuller*
M. Scott Fuller