IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN AUTOMOBILE ASSOCIATION, INC.; AAA TEXAS, LLC,**<br><br>Defendants. | **CASE NO. 3:23-CV-02866-K**<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS
### FOR FAILURE TO STATE A CLAIM

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 12, Defendants American Automobile Association, Inc. and AAA Texas, LLC respectfully move this Court to dismiss Symbology Innovations, LLC's complaint for failure to state a claim upon which relief can be granted. The complaint asserts infringement of two patents, both of which are invalid for failure to claim patent-eligible subject matter under 35 U.S.C. § 101. The grounds for this motion are further set forth in Defendants' Opening Brief in Support of Their Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: January 30, 2024  Respectfully submitted,

*/s/ Neil J. McNabnay*
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Sarika Patel
Texas Bar No. 24073520
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
patel@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
AMERICAN AUTOMOBILE ASSOCIATION,
INC. AND AAA TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on January 30, 2024, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

*/s/ Neil J. McNabnay*
Neil J. McNabnay