IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**AMERICAN AUTOMOBILE ASSOCIATION, INC.; AAA TEXAS, LLC,**<br><br>   **Defendants.** | **CASE NO. 3:23-CV-02866-K**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND STAY OF ALL PENDING DEADLINES

Plaintiff Symbology Innovations, LLC and Defendants American Automobile Association, Inc. and AAA Texas, LLC (the "Parties") respectfully request the Court to extend the stay of all pending motions, actions and deadlines for fourteen (14) days, up to and including June 26, 2024, to allow the Parties time to finalize the resolution of this lawsuit, including the submission of dismissal papers pursuant to the Court's order (Dkt. No. 38).  The requested extension is not for delay, but only to allow for an orderly resolution of this lawsuit.

Dated: June 12, 2024                                       Respectfully submitted,

*/s/ Alexander H. Martin*
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Sarika Patel
Texas Bar No. 24073520
Alexander H. Martin
Texas Bar No. 24091828
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
patel@fr.com
martin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANTS AMERICAN AUTOMOBILE ASSOCIATION, INC. and AAA TEXAS, LLC**

Dated: June 12, 2024

Respectfully submitted,

*/s/ Randall Garteiser with permission*
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS, LLC**

**CERTIFICATE OF CONFERENCE**

Pursuant to Northern District of Texas Local Rule 7.1, counsel has complied with the meet and confer requirement in Local Rule 7.1(a). Counsel for Defendants conferred with Counsel for Plaintiff on June 12, 2024, concerning the relief sought in this Motion. Counsel for Plaintiff is not opposed.

*/s/ Alexander H. Martin*
Alexander H. Martin

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on June 12, 2024, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

*/s/ Alexander H. Martin*
Alexander H. Martin