IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN AUTOMOBILE ASSOCIATION, INC.; AAA TEXAS, LLC,**<br><br>Defendants. | CASE NO. 3:23-CV-02866-K |

## JOINT MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Symbology Innovations, LLC moves to dismiss its claims with prejudice, and Defendants American Automobile Association, Inc and AAA Texas, LLC collectively move to dismiss their counterclaims without prejudice, with each party bearing its own expenses, attorneys' fees, and costs.

Dated: June 26, 2024

Respectfully submitted,

/s/ Christopher A. Honea
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS, LLC**

Dated: June 26, 2024

Respectfully submitted,

*/s/ Alexander H. Martin*
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Sarika Patel
Texas Bar No. 24073520
Alexander H. Martin
Texas Bar No. 24091828
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
patel@fr.com
martin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
AMERICAN AUTOMOBILE ASSOCIATION,
INC. and AAA TEXAS, LLC**

**CERTIFICATE OF CONFERENCE**

Pursuant to Northern District of Texas Local Rule 7.1, counsel has complied with the meet and confer requirement in Local Rule 7.1(a).  Counsel for Defendants conferred with Counsel for Plaintiff concerning the relief sought in this Motion.  Counsel for Plaintiff is not opposed.

*/s/ Christopher A. Honea*
Christopher A. Honea

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Wednesday, June 26, 2024.

*/s/ Christopher A. Honea*
Christopher A. Honea