# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**AMERICAN AUTOMOBILE ASSOCIATION, INC.; AAA TEXAS, LLC,**<br><br>　　Defendants. | **CASE NO. 3:23-CV-02866-K** |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

Before the Court is the parties' Joint Motion of Dismissal. Having fully considered the Motion, the Court is of the opinion that the Motion should be granted.

All claims of infringement that Plaintiff raised or could have raised in this action are dismissed with prejudice; and all counterclaims that Defendants raised or could have raised in this action are dismissed without prejudice.

Each Party will bear its own costs, expenses, and attorneys' fees.